IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | |
| Plaintiff, | No. C 05-80253 JSW MISC |
| v. | |
| AMERIDEBT, INC., et al., | **ORDER VACATING AND RESETTING HEARING ON *EX PARTE* APPLICATION TO QUASH SUBPOENA AND SETTING BRIEFING SCHEDULE** |
| Defendants. | |

The Court, having received the *ex parte* application to quash subpoena filed by Peter Baker and the Receiver Robb Evans & Associates LLC's limited opposition to the application, does HEREBY ORDER

- the hearing set for November 10, 2005 at 1:00 p.m. is VACATED;
- the hearing is RESET for January 13, 2006 at 9:00 a.m.;
- the parties shall meet and confer in person in an attempt to resolve the matter;
- any interested party shall file an opposition to the application by December 16, 2005;
- any interested party may file a request for an order transferring this matter to the District of Maryland by no later than December 16, 2005;
- any reply to the opposition or opposition to a request to transfer this matter shall be filed by December 23, 2005;
- as agreed by the parties, there will be no production of documents pursuant to the subpoena pending resolution of the application;

- pending disposition of the application to quash the subpoena, no party shall be prejudiced by the continuation of the hearing date.

**IT IS SO ORDERED.**

Dated: November 9, 2005

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE