IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FEDERAL TRADE COMMISSION,

    Plaintiff,

v.

AMERIDEBT, INC., et al.,

    Defendants.

                                 /

No. C 05-80253 JSW MISC

**ORDER REFERRING APPLICATION TO QUASH SUBPOENA TO MAGISTRATE JUDGE**

Pursuant to Local Rule 72-1, the application to quash subpoena and all other discovery disputes in this matter are HEREBY REFERRED to a randomly assigned magistrate judge for resolution. The hearing date of January 13, 2006 is HEREBY VACATED. The parties will be advised of the date, time and place of appearance by notice from the assigned magistrate judge.

**IT IS SO ORDERED.**

Dated: December 23, 2005

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

cc: Wings Hom