RONALD RUS, #67369
rrus@rusmiliband.com
JOEL S. MILIBAND, #77438
miliband@rusmiliband.com
LEO J. PRESIADO, #166721
lpresiado@rusmiliband.com
RUS, MILIBAND & SMITH
A Professional Corporation
Seventh Floor
2600 Michelson Drive
Irvine, California 92612
Telephone: (949) 752-7100
Facsimile: (949) 252-1514

Attorneys for Third-Party Applicant
PETER BAKER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>       Plaintiff,<br><br>vs.<br><br>AMERIDEBT, INC., et al.,<br><br>       Defendants.<br><hr>PETER BAKER,<br><br>       Third-Party Applicant/<br>       Appellant,<br><br>vs.<br><br>ROBB EVANS & ASSOCIATES,<br>Receiver,<br><br>       Respondent/Appellee, | CASE NO. CV05 80253-MISC JSW(EDL)<br><br>[Referred for all Purposes to Magistrate Judge Elizabeth D. Laporte pursuant to 28 USC § 636(c)(1)]<br><br>**STIPULATION RE ORDER DENYING MOTION TO QUASH PENDING RULING ON "*EX PARTE* APPLICATION FOR STAY PENDING CONSIDERATION OF OBJECTION TO ORDER OF MAGISTRATE JUDGE AND STAY PENDING APPEAL OF THE ORDER IF OBJECTION IS NOT SUSTAINED"; ORDER THEREON** |

/ / /

/ / /

/ / /

/ / /

/ / /

1

Third-Party Movant Peter Baker ("Mr. Baker") and Receiver Robb Evans & Associates, Inc. ("Receiver"), by and through their respective attorneys of record, hereby stipulate and agree as follows:

WHEREAS, on January 31, 2006, Magistrate Judge Elizabeth D. Laporte issued an order denying Mr. Baker's motion to quash that certain subpoena served by the Receiver on Google, Inc. (the "Order"). Pursuant to the Order, Mr. Baker is required to, "[w]ithin ten business days of receiving the documents from Google, provide to the Receiver all non-privileged documents obtained from Google, and a privilege log documenting each document withheld on attorney-client or privacy grounds";

WHEREAS, on February 9, 2006, Mr. Baker filed his "*Ex Parte* Application for Stay Pending Consideration of Objection to Order of Magistrate Judge and Stay Pending Appeal of the Order if Objection is Not Sustained" (the "*Ex Parte* Application);

WHEREAS, on February 15, 2006, Magistrate Judge Elizabeth D. Laporte issued her "Notice and Order Setting Briefing Schedule," pursuant to which a hearing on the *Ex Parte* Application has been set for March 14, 2006;

WHEREAS, Mr. Baker desires to preserve the status quo pending the hearing on the *Ex Parte* Application, and the Receiver is amenable to the same as set forth herein.

WHEREFORE, the parties stipulate and agree as follows:

1. Pending the ruling on the *Ex Parte* Application, Mr. Baker is not required to provide to the Receiver all non-privileged documents obtained from Google, and a privilege log documenting each document withheld on attorney-client or privacy grounds.

2. In the event the *Ex Parte* Application is denied, Mr. Baker shall, within ten business days of entry of the order denying the *Ex Parte Application,* provide to the Receiver all nonprivileged documents obtained from

248078v1 ts 2/21/06 6 (2712-0001)

Google, and a privilege log documenting each document withheld on attorney-client or privacy grounds, in the manner stated in the Order, provided however Mr. Baker retains the right to petition the Ninth Circuit Court of Appeals for a stay of the Order pending appeal.

       3.    This stipulation shall not be deemed a waiver of rights as to any party hereto.

       4.    All other provisions of the Order remain unaffected by this Stipulation.

DATED: February 17, 2006

RUS, MILIBAND & SMITH
A Professional Corporation

By: _____
LEO J. PRESIADO
Attorneys for Third-Party Applicant
PETER BAKER

DATED: February 17, 2006

McKENNA, LONG & ALDRIDGE LLP

By: _____
GARY O. CARIS
Attorneys for Receiver
ROBB EVANS & ASSOCIATES, INC.

## ORDER

Based on the Stipulation of the parties and good cause appearing therefor;

IT IS SO ORDERED.

DATED: February 22, 2006

GRANTED
*Elizabeth D. Laporte*
Judge Elizabeth D. Laporte

HON. _____ D. LAPORTE

3

248078v1 ts 2/21/06 6 (2712-0001)

Google, and a privilege log documenting each document withheld on attorney-client or privacy grounds, in the manner stated in the Order, provided however Mr. Baker retains the right to petition the Ninth Circuit Court of Appeals for a stay of the Order pending appeal.

3. This stipulation shall not be deemed a waiver of rights as to any party hereto.

4. All other provisions of the Order remain unaffected by this Stipulation.

DATED: February 17, 2006        RUS, MILIBAND & SMITH
                                A Professional Corporation


                                By:_____
                                    LEO J. PRESIADO
                                    Attorneys for Third-Party Applicant
                                    PETER BAKER


DATED: February 17, 2006        McKENNA, LONG & ALDRIDGE LLP


                                By:_____
                                    GARY O. CARIS
                                    Attorneys for Receiver
                                    ROBB EVANS & ASSOCIATES, INC.

## ORDER

Based on the Stipulation of the parties and good cause appearing therefor;

IT IS SO ORDERED.

DATED:                          _____
                                HON. ELIZABETH D. LAPORTE

3

# PROOF OF SERVICE

## CASE NO. CV05 80253-MISC JSW(EDL)

STATE OF CALIFORNIA  )
                     ) ss.
COUNTY OF ORANGE     )

I am employed in the County or Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 2600 Michelson Drive, Seventh Floor, Irvine, California 92612.

On **February 22, 2006**, I served the foregoing documents described as **STIPULATION RE ORDER DENYING MOTION TO QUASH PENDING RULING ON "*EX PARTE* APPLICATION FOR STAY PENDING CONSIDERATION OF OBJECTION TO ORDER OF MAGISTRATE JUDGE AND STAY PENDING APPEAL OF THE ORDER IF OBJECTION IS NOT SUSTAINED"; ORDER THEREON**

on the interested parties in this action by placing a true copy thereof enclosed in sealed envelopes addressed as follows:

### SEE ATTACHED SERVICE LIST

__√__ (By U.S. Mail) As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with U.S. Postal Service on that same day with postage thereon fully prepaid at Irvine, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

____ (By Facsimile) As follows: I caused the above-referenced document(s) to be transmitted to the above persons.

____ (By Hand Delivery) As follows: I caused the above-referenced document(s) to be hand-delivered to the above persons.

____ (By Overnight Delivery) As follows: By overnight delivery via Overnite Express and/or Federal Express to the offices of the above persons.

Executed on **February 22, 2006**, at Irvine, California.

__√__ (Federal ) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

*/s/ Maria Q. Hernandez*
MARIA Q. HERNANDEZ

241221v1 mh 2/22/06 6 (2712-0001)

# SERVICE LIST

*Federal Trade Commission vs. Ameridebt, Inc., et al.;*
*Peter Baker vs. Robb Evans & Associates*

CASE NO. CV05 80253-MISC JSW(EDL)

<u>ATTORNEYS FOR RECEIVER</u>:

Gary Owen Caris, Esq.
Lesley Anne Hawes, Esq.
McKenna Long & Aldridge LLP
444 South Flower Street, 8th Floor
Los Angeles, CA 90071-2901
Telephone: (213) 688-1000
Facsimile: (213) 243-6330

*Courtesy Copy:*

<u>ATTORNEYS FOR GOOGLE</u>:

Cathy A. McGoff
Compliance Manager
Legal Department
Google, Inc.
1600 Amphitheatre Parkway
Building #47
Mountain View CA 94043
Facsimile: (650) 618-1499