RONALD RUS, #67369
RUS, MILIBAND & SMITH
A Professional Corporation
2600 Michelson Drive, Seventh Floor
Irvine, CA 92612
(949) 752-7100

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

FEDERAL TRADE COMMISSION,

Plaintiff(s)

v.

AMERIDEBT, INC., et al.,

Defendant(s)

CASE NUMBER: CV05 80253-MISC JSW (EDL)

## SUBSTITUTION OF ATTORNEY

PETER BAKER (Name of Party) [X] Other Third Party Applicant

hereby substitutes Roger F. Friedman of Rutan & Tucker, LLP who is

[X] Retained Counsel   [ ] Court Appointed Counsel   [ ] Pro Per

611 Anton Blvd., 14th Floor
Costa Mesa, CA 92626
(714) 641-5100  (714) 546-9035  186070

as attorney of record in the place and stead of Ronald Rus of Rus, Miliband & Smith, APC (Present Attorney)

Dated: August 4, 2006

PETER BAKER

I have given proper notice pursuant to Local Rule 83-2.9.2 and further consent to the above substitution.

RUS, MILIBAND & SMITH, APC

Dated: August 4, 2006

RONALD RUS

I am duly admitted to practice in this District pursuant to Local Rule 83-2.8.

RUTAN & TUCKER, LLP

Dated: August 4, 2006

ROGER F. FRIEDMAN

**Substitution of Attorney is hereby** [X] Approved.  [ ] Denied.

Dated: August 9, 2006

IT IS SO ORDERED
Judge Elizabeth D. Laporte
United States District / Magistrate Judge

**NOTICE TO COUNSEL:** If you are currently enrolled in the Optical Scanning Program and have changed your facsimile number or e-mail address since your enrollment, you must complete an Enrollment/Update Form G-76 to ensure that documents are served at the proper facsimile number or e-mail address. This form, as well as information about the Optical Scanning Program, is available on the Court's website at www.cacd.uscourts.gov.

**SUBSTITUTION OF ATTORNEY**

G-01 (08/02)                                                                 G01